

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00429-CV

| | | |
|---|---|---|
| ABDIEL LOPEZ, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-279371-15) |
| | § | November 8, 2018 |
| CREST GATEWAY, LP AND CREST ASSET MANAGEMENT, INC., Appellees | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary-judgment orders. It is ordered that the summary-judgment orders of the trial court are affirmed.

It is further ordered that Appellant Abdiel Lopez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier

Justice Bill Meier